IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED-CLERK
DISTRICT COURT
04 MAR 26 PM 3:48
TEXAS-EASTERN
BY

| | | |
|---|---|---|
| JOSEPH WYBLE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 9:02CV200 |
| GULF SOUTH PIPELINE COMPANY, L.P., and GS PIPELINE COMPANY, L.L.C., | § § § | JUDGE DAVIS |
| Defendants. | § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Joseph Wyble, Robert Hames, Robert May, Winston Land & Cattle Company, Inc., Kim R. Smith Logging, Inc., M. Kangerga & Bro., Snider Timberland FLP, Snider Industries LLP, and Terry McKenzie, on behalf of The Hemby Living Trust (collectively "Plaintiffs") and Defendants, Gulf South Pipeline Company, L.P. and GS Pipeline Company, L.L.C. (collectively "Gulf South") (Plaintiffs and Gulf South collectively "Movants") jointly move this Court to dismiss with prejudice Plaintiffs' causes of action alleged in this lawsuit against Gulf South and any causes of action that could have been brought herein, or that arise from, are connected with, or pertain to any such claims that may have been asserted in this litigation on the grounds that the parties have compromised and settled all claims and disputes pending between them. Each party shall bear its own costs of suit.

WHEREFORE, Movants pray that this action in its entirety be dismissed with prejudice to the refiling of same in any court at any time.

Respectfully submitted,

*[signature: Sam Baxter]*

Sam Baxter, Attorney in Charge
State Bar No. 01938000
MCKOOL SMITH, P.C
505 E. Travis, Suite 105
P.O. Box O
Marshall, Texas 75670
sbaxter@mckoolsmith.com
Telephone: (903) 927-2111
Telecopier: (903) 927-2622

Robert Elkin
State Bar No. 06522600
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
relkin@mckoolsmith.com

Tom Henson
State Bar No. 0949000
Ramey & Flock, P.C.
500 First Place
P.O. Box 629
Tyler, Texas 75710
Telephone: (903) 597-3301
Telecopier: (903) 597-2413

Jennifer Parker Ainsworth
State Bar No. 00784720
Wilson, Sheehy, Knowles,
Robertson & Cornelius, P.C.
315 East Fifth Street
Tyler, Texas 75701
Telephone: (902) 593-2561
Telecopier: (903) 593-0686

ATTORNEYS FOR DEFENDANTS
GULF SOUTH PIPELINE COMPANY, L.P.

*[signature: R. Michael McCauley]*

R. Michael McCauley
State Bar No. 13383500
Amy S. Harris
State Bar No. 09050850
McCauley, Macdonald & Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone: (214) 744-3300
Telecopier: (214) 747-0942
rmm@mmdh.com
ash@mmdh.com

Fred Misko, Jr.
State Bar No. 14204000
Charles Ames
State Bar No.00795221
Ed Chin
State Bar No. 50511688
Law Offices of Fred Misko, Jr., P.C.
Turtle Creek Center, Suite 1800
3811 Turtle Creek Blvd
Dallas, Texas 75219
Telephone: (214) 443-8000
Telecopier: (214)443-8010
misko@misko.com
ames@misko.com
chin@misko.com

George E. Chandler
State Bar No. 04094000
Chandler Law Offices
207 East Frank, Suite 105
Lufkin, Texas 75902
Telephone: (936) 632- 7778
Telecopier: (936) 632-1304
gchandler@inu.net

AND GS PIPELINE COMPANY, L.L.C.

Of Counsel:

Michael E. McMahon
Senior VP & General Counsel
State Bar No. 24011294
Gulf South Pipeline Company, L.P. and
GS Pipeline Company, LLC
20 East Greenway Plaza, Suite 900
Houston, Texas 77046
Telephone: (713) 544-4796
Telecopier: (713) 544-7336

Clayton E. Dark, Jr.
State Bar No. 05384500
Law Office of Clayton E. Dark, Jr.
207 E. Frank Street, Suite 100
P.O. Box 2207
Lufkin, Texas 75902
Telephone: (936) 637-1733
Telecopier: (936) 637-2897
cdark@justice.com

Claude E. Welch
State Bar No. 21120500
115 W. Shepherd Avenue
P.O. Box 1574
Lufkin, Texas 75904
Telephone: (936) 639-3311
Telecopier: (936) 639-3094
welchlawoffice@txucom.net

James Branton
State Bar No. 00000069
Thomas A. Crosley
State Bar No. 00783902
Branton & Hall, P.C.
One Riverwalk Place, Suite 1700
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 224-4474
Telecopier: (210) 224-1928
jimbranton@branton-hall.com
tomcrosley@branton-hall.com
srodriguez@branton-hall.com

Samuel Issacharoff
State Bar No. 00785352
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-2527
Telecopier: (212) 854-7946
Si74@columbia.edu

Arthur R. Miller
Board of Bar Overseers No. 1 554226
1545 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-4111
Telecopier: (617) 495-9191
swagner@law.harvard.edu

ATTORNEYS FOR JOSEPH WYBLE, ROBERT HAMES, ROBERT MAY, WINSTON LAND & CATTLE COMPANY, INC., KIM R. SMITH LOGGING, INC., TERRY MCKENZIE on behalf of THE HEMBY LIVING TRUST, SNIDER TIMBERLAND FLP, SNIDER INDUSTRIES LLP, and M. KANGERGA & BRO.